UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jeffrey I. Kaplan
Kaplan Breyer Schwarz, LLP
100 Matawan Road
Matawan, New Jersey 07747

Attorneys for Plaintiff Rudolph Research Analytical Corp.

| | |
|---|---|
| Rudolph Research Analytical, Inc.<br><br>                    Plaintiff,<br><br>        v.<br><br>Anton Paar OptoTec, GmbH,<br><br>                    Defendant. | **Case No.**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Rudolph Research Analytical, Inc. ("Rudolph") demands a jury trial and complains against Defendant Anton Paar  OptoTec, GmbH ("Paar"):

## THE PARTIES

1.      Rudolph is a corporation organized and existing under the laws of the State of New Jersey, and having a principle place of business in Hackettstown, New Jersey.

2.      Upon information and belief, Paar is a corporation organized under the laws of Germany, and having a principle place of business in Seelze-Letter, Germany.

## JURISDICTION AND VENUE

4.      This action arises under the patent laws of the United States of America, Title 35 of the United States Code.  This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

5.      Upon information and belief, Paar is doing business in this district and has sold products that infringe the patent asserted in this litigation in this district.

1

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c)(2)-(c)(3) and/or 1400(b).

## THE PATENT

7.      Plaintiff Rudolph repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 6 above.

8.      On April 6, 2004, U.S. Patent No. 6,717,665 (hereinafter referred to as "the '665 patent") was duly and legally issued for an invention entitled "Polarimeter."  Rudolph is the owner by assignment of all right, title and interest in the '665 patent.

9.      The '665 patent relates generally to a polarimeter with a support structure that allows temperature control of polarimeter cells through a substantially planar temperature control element.

10.     A copy of the '665 patent is attached hereto as Exhibit 1.

## CLAIM FOR PATENT INFRINGEMENT
## COUNT ONE

11.     Plaintiff Rudolph repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 10 above.

10.     Defendant Paar is a manufacturer and distributor of Polarimeters used in the pharmaceutical industry, as well as in related industries.   Paar competes directly with Rudolph for sales of Polarimeters.

11.     Upon information and belief, Paar is selling and has sold, into the United States, its MCP model Polarimeter that infringes at least claims 32-35 of the '665 patent.

12.     Rudolph believes that further discovery may reveal other Paar Polarimeters and claims that are infringed.

13.      Plaintiff has been damaged by Paar's infringing sales, and will continue to suffer irreparable harm unless such infringing activities are enjoined by this Court.

14.     In addition, or in the alternative, Rudolph is entitled to recover from Paar the damages adequate to compensate it for Paar's infringement, but, in no event, less than a reasonable royalty, in an amount to be proven at trial.

15.     Upon information and belief, as a direct and proximate result of Paar's infringing conduct, it has realized and continues to realize profits and other benefits rightfully belonging to Rudolph and causing Rudolph harm.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff Rudolph requests judgment against Defendant Paar for the following relief:

A.      A declaration that the '665 patent is valid and enforceable;

C.      A declaration that Paar has infringed the '665 patent;

D.      A permanent injunction against Paar, its officers, agents, servants, employees and attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons acting in active concert or participation with them, including distributors and customers, enjoining them from continuing acts of infringement of the '665 patent;

E.      An accounting for damages under 35 U.S.C. §284, including but not limited to lost profits, together with interest as provided by law;

F.      An award of the Rudolph's attorneys' fees and costs; and

G.      Such other and further relief as this Court may deem proper, just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff Rudolph demands a trial by jury of all issues properly triable by jury in this action.

1

By:  s/ Jeffrey I. Kaplan

2

Jeffrey I. Kaplan
Kaplan Breyer Schwarz, LLP

3

100 Matawan Road
Matawan, NJ  07733
Tel: (732) 578-0103

4

jkaplan@kbsiplaw.com

5

6

Attorneys for Plaintiff, Rudolph Research
Analytical, Inc.

7

8

Dated:   June 13, 2017

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28